IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

Page 1

| | | |
|---|---|---|
| TANIA KAY BROWN | Date 09/16/2013 | Debtor Attorney |
| | | MONTE J WHITE & ASSOCIATES PC |
| 710 SILAS | Case Number 13-10103-RLJ-13 | ATTORNEY AT LAW ABILENE |
| | | 402 CYPRESS SUITE 310 |
| SWEETWATER TX 79556 | 90 Day Bar Date 09/03/2013 | ABILENE,TX 79601-0000 |
| | Govt Bar Date 10/28/2013 | |

## TRUSTEE'S NOTICE OF CLAIMS FILED AND NOT FILED

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c). "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims. Please note that BankruptcyCode Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 001-0 | MONTE J WHITE & ASSOCIATES PC<br>ATTORNEY AT LAW ABILENE<br>402 CYPRESS SUITE 310<br>ABILENE,TX 79601-0000 | | | 0.00 | 3,186.00 | Legal |
| 001-1 | MONTE J WHITE & ASSOCIATES PC<br>ATTORNEY AT LAW ABILENE<br>402 CYPRESS SUITE 310<br>ABILENE,TX 79601-0000 | | | | 314.00 | Legal |
| 003-0 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br><br>PHILADELPHIA,PA 19101-7317 | 06/03/2013 | xxxxX374<br>NOT PROVIDED FOR IN PLAN; NEED TREATMENT | 0.00 | 2,330.00 | Priority |
| 004-0 | US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE STREET SUITE 300<br>DALLAS,TX 75242-1699 | | | 0.00 | 0.00 | Notice Only |
| 005-0 | US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br><br>WASHINGTON,DC 20530-0000 | | | 0.00 | 0.00 | Notice Only |
| 006-0 | OFFICE OF THE CH13 TRUSTEE<br>6308 IOLA AVENUE<br><br>LUBBOCK,TX 79424- | | | 0.00 | 172.80 | Admin |
| 007-0 | UNITED STATES ATTORNEY<br>801 CHERRY STREET UNIT 4<br><br>FT WORTH,TX 76102-6882 | | | 0.00 | 0.00 | Notice Only |
| 008-0 | ALLTEL COMMUNICATIONS<br>1801 B SOUTH MONROE STREET<br><br>TALLAHASSE,FL 32315- | | 9367 | 2,643.00 | 0.00 | Unsecured<br>Not Filed |
| 009-0 | AMERICAN CREDIT EXCHANGE<br>5920 S RAINBOW BLVD STE<br><br>LAS VEGAS,NV 89118- | | | 0.00 | 0.00 | Notice Only |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

Page 2

In RE: TANIA KAY BROWN                                      Case Number   13-10103-RLJ-13          9/16/2013

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 010-0 | ANYTIME FITNESS SWEETWATER<br>1000 E BROADWAY ST<br><br>SWEETWATER,TX 79556- | | 3747 | 103.80 | 0.00 | Unsecured<br>Not Filed |
| 011-0 | CITIBANK<br>PO BOX 6003<br><br>HAGERSTOWN,MD 21747-6003 | | | 0.00 | 0.00 | Notice Only |
| 012-0 | CITY COUNTY CREDIT UNI<br>634 NE 3RD AVE<br><br>FORT LAUDERDALE,FL 33304- | | 1801 | 1.00 | 0.00 | Unsecured<br>Not Filed |
| 013-0 | HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM,IL 60197-5213 | | | 0.00 | 0.00 | Notice Only |
| 014-0 | DIRECT MERCHANTS BANK<br>PO BOX 21550<br><br>TULSA,OK 74121-1550 | | 7140 | 2,109.77 | 0.00 | Unsecured<br>Not Filed |
| 015-0 | DR NORMAN POORMAN<br>2501 S WILLIS ST<br><br>ABILENE,TX 79605- | | 3747 | 400.00 | 0.00 | Unsecured<br>Not Filed |
| 016-0 | FAC/NAB<br>480 JAMES ROBERTSON PKWY<br><br>NASHVILLE,TN 37219- | | | 0.00 | 0.00 | Notice Only |
| 017-0 | FT WALTON BEACH MED CENTER<br>1000 MAR-WALTON DR<br><br>FT WALTON BCH,FL 32547- | | 9346 | 1,095.14 | 0.00 | Unsecured<br>Not Filed |
| 018-0 | HENDRICK MEDICAL CENTER<br>COLLECTION DEPARTMENT<br>1900 PINE STREET<br>ABILENE,TX 79601-2432 | 05/07/2013 | 3747 | 178.00 | 178.43 | Unsecured |
| 019-0 | JACKSONVILLE ER CONSULTANTS<br>4932 SUNBEAM RD #100<br><br>JACKSONVILLE,FL 32257- | | xF663 | 306.00 | 0.00 | Unsecured<br>Not Filed |
| 020-0 | JOHN MYERS DDS<br>1702 WEST FM 700<br><br>BIG SPRING,TX 79720- | | 708 | 525.00 | 0.00 | Unsecured<br>Not Filed |
| 021-0 | LUBBOCK DIAGNOSTIC RADIOLOGY L<br>4005 24TH STREET<br><br>LUBBOCK,TX 79410- | | xxxxx40 L | 44.00 | 0.00 | Unsecured<br>Not Filed |
| 022-0 | MAIN STREET ACQUISITION<br>2877 PARADISE RD UNIT #30<br><br>LAS VEGAS,NV 89109- | | 1000 | 10,149.00 | 0.00 | Unsecured<br>Not Filed |
| 023-0 | MCCRAY LAW FIRM<br>104 PINE ST<br><br>ABILENE,TX 79601-5931 | | | 0.00 | 0.00 | Notice Only |

Continued on Next Page

In RE: TANIA KAY BROWN  Case Number 13-10103-RLJ-13  9/16/2013

| Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|
| 024-0 MIDLAND FUNDING<br>8875 AERO DRIVE STE 200<br>SAN DIEGO,CA 92123- | | | 0.00 | 0.00 | Notice Only |
| 025-0 MIDWEST FINANCE<br>10319 N LUCERNE AVE<br>KANSAS CITY,MO 64154- | | 2904 | 672.00 | 0.00 | Unsecured<br>Not Filed |
| 026-0 NATIONAL CREDIT ADJUSTERS<br>PO BOX 3023<br>HUTCHINSON,KS 67504- | | 2180 | 350.00 | 0.00 | Unsecured<br>Not Filed |
| 027-0 NIAGRA CREDIT SOLUTIONS INC<br>420 LAWRENCE BELL DR STE #2<br>WILLIAMSVILLE,NY 14221- | | | 0.00 | 0.00 | Notice Only |
| 028-0 NOLAN COUNTY<br>PERDUE BRANDON FIELDER ETAL<br>PO BOX 13430<br>ARLINGTON,TX 76094-0430 | 05/02/2013 | xxxxxx0070 | 1,613.03 | 477.72 | Secured |
| 029-0 PERDUE BRANDON FIELDER COLLINS<br>ATTORNEYS AT LAW<br>PO BOX 13430<br>ARLINGTON,TX 76094-0430 | | | 0.00 | 0.00 | Notice Only |
| 030-0 PERSONAL & CONFIDENTIAL<br>PO BOX 3521<br>AKRON,OH 44309- | | | 0.00 | 0.00 | Notice Only |
| 031-0 PINNACLE CREDIT SERVICE<br>PO BOX 640<br>HOPKINS,MN 55343-0640 | | | 0.00 | 0.00 | Notice Only |
| 032-0 PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK,VA 23541- | | | 0.00 | 0.00 | Notice Only |
| 033-0 PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 41067<br>NORFOLK,VA 23541- | | | 0.00 | 0.00 | Notice Only |
| 034-0 RADIOLOGY ASSOCIATES OF ABILEN<br>PO BOX 2898<br>ABILENE,TX 79604-2898 | | 7845 | 198.00 | 0.00 | Unsecured<br>Not Filed |
| 035-0 ROLLING PLAINS MEMORIAL HOSPIT<br>PO BOX 690<br>SWEETWATER,TX 79556-0690 | | 9725 | 562.00 | 0.00 | Unsecured<br>Not Filed |
| 036-0 BECKET & LEE LLP<br>ATTORNEYS AT LAW<br>16 GENERAL WARREN, PO BOX 3001<br>MALVERN,PA 19355-0000 | 08/07/2013 | 1178 | -1.00 | 10,148.77 | Unsecured |
| 037-0 SERVICE BUREAU INC<br>2705 81ST ST<br>LUBBOCK,TX 79423-2229 | | | 0.00 | 0.00 | Notice Only |

Continued on Next Page

In RE: TANIA KAY BROWN  Case Number  13-10103-RLJ-13  9/16/2013

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 038-0 | LVNV FUNDING<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE,SC 29603-0587 | 08/23/2013 | 1320 | 172.20 | 167.41 | Unsecured |
| 039-0 | SWEETWATER COUNTRY CLUB<br>PO BOX 1247<br>SWEETWATER,TX 79556-0000 | | 3747 | 855.61 | 0.00 | Unsecured<br>Not Filed |
| 040-0 | SWEETWATER FLORAL<br>301 E AVE B<br>SWEETWATER,TX 79556-0000 | | xx1166 | 282.93 | 0.00 | Unsecured<br>Not Filed |
| 041-0 | TEXAS MIDWEST SURGERY CTR<br>751 NORTH 18TH STREET<br>ABILENE,TX 79601- | | 0351 | 259.00 | 0.00 | Unsecured<br>Not Filed |
| 042-0 | TEXAS NATIONAL BANK<br>C/O CHRIS CASTO<br>PO BOX 510<br>SWEETWATER,TX 79556- | 05/16/2013 | 7251<br>POC FILED $3,269.44 HIGHER THAN SCHEDULED, CHECK PAY AMOUNT | 6,400.00 | 9,669.44 | Secured |
| 043-0 | TEXAS WORKFORCE COMMISSION<br>PO BOX 149037<br>AUSTIN,TX 78714-9037 | | 500- | 1,464.00 | 0.00 | Unsecured<br>Not Filed |
| 044-0 | THE COLLEGE NETWORK<br>3815 RIVER CROSSING PARKWAY SUITE 260<br>INDIANAPOLIS,IN 46240- | | 2176 | 1,897.00 | 0.00 | Unsecured<br>Not Filed |
| 045-0 | WEST CENTRAL TX COLLECTIONS<br>PO BOX 2586<br>ABILENE,TX 79604- | | | 0.00 | 0.00 | Notice Only |
| 046-0 | WEST TEXAS FINANCE<br>815 LAMAR ST<br>SWEETWATER,TX 79556- | | 3747 | 500.00 | 0.00 | Unsecured<br>Not Filed |
| 047-0 | ZALES/CITIBANK<br>PO BOX 920483<br>KANSAS CITY,MO 64195- | | 5549 | 732.00 | 0.00 | Unsecured<br>Not Filed |
| 048-0 | SWEETWATER ISD CITY OF SWEETWA<br>PERDUE BRANDON FIELDER COLLINS & MOTT<br>PO BOX 13430<br>ARLINGTON,TX 76094-0430 | | | 0.00 | 0.00 | Notice Only |
| 049-0 | CLINICAL PATHOLOGY ASSOCIATES<br>PO BOX 3138<br>ABILENE,TX 79604-0000 | | 7419 | 91.00 | 0.00 | Unsecured<br>Not Filed |
| 050-0 | COASTAL RADIOLOGY ASSOC PA<br>PO BOX 182504<br>COLUMBUS,OH 43218- | | 9346 | 52.00 | 0.00 | Unsecured<br>Not Filed |
| 051-0 | CREDIT SYSTEMS INTL IN<br>1277 COUNTRY CLUB LN<br>FT WORTH,TX 76112- | | | 0.00 | 0.00 | Notice Only |

Continued on Next Page

In RE:   TANIA KAY BROWN                                                                Case Number   13-10103-RLJ-13        9/16/2013

| Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|
| 052-0 TEXAS NATIONAL BANK<br>C/O CHRIS CASTO<br>PO BOX 510<br>SWEETWATER,TX 79556- | 05/16/2013 | 7251 | 51,486.00 | 50,486.24 | Continue |
| 053-0 TEXAS NATIONAL BANK<br>C/O CHRIS CASTO<br>PO BOX 510<br>SWEETWATER,TX 79556- | 05/16/2013 | 7251 | 1,123.00 | 1,497.38 | Unsecured |
| 054-0 NOLAN COUNTY CENTRAL APPRAISAL<br>PO BOX 1256<br>SWEETWATER,TX 79556- | | | 0.00 | 0.00 | Notice Only |
| 055-0 CITY OF SWEETWATER<br>C/O PERDUE  BRANDON & FIELDER<br>PO BOX 13430<br>ARLINGTON,TX 76094-0000 | 05/02/2013 | xxxxxx0070<br>NOT PROVIDED FOR IN PLAN;  NEED TREATMENT | 0.00 | 357.27 | Secured |
| 056-0 CITY OF SWEETWATER<br>C/O PERDUE  BRANDON & FIELDER<br>PO BOX 13430<br>ARLINGTON,TX 76094-0000 | 05/02/2013 | xxxxxx0070<br>NOT PROVIDED FOR IN PLAN;  NEED TREATMENT | 0.00 | 737.08 | Secured |
| 057-0 TEXAS NATIONAL BANK<br>C/O FORREST MCCRAY<br>PO BOX 2777<br>ABILENE,TX 79604- | | 7251 | 0.00 | 0.00 | Notice Only |
| 058-0 TEXAS NATIONAL BANK<br>PO BOX 510<br>SWEETWATER,TX 79556-0000 | | 7251 | 0.00 | 0.00 | Notice Only |
| 059-0 FORREST B MCCRAY<br>ATTORNEY FOR TEXAS NATIONAL BANK<br>PO BOX 2777<br>ABILENE,TX 79604- | | | 0.00 | 0.00 | Notice Only |
| 060-0 RJM ACQUISITIONS<br>575 UNDERHILL BLVD STE 224<br>SYOSSET,NY 11791- | 05/16/2013 | 7741<br>NOT PROVIDED FOR IN PLAN | 0.00 | 29.95 | Unsecured |
| 061-0 JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD,MN 56302-9617 | | 7430 | 0.00 | 0.00 | Notice Only |
| 062-0 JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS,MO 63195-3185 | 07/17/2013 | xxxxxxxxxxxxxxxxxx7743<br>NOT PROVIDED FOR IN PLAN | 0.00 | 399.73 | Unsecured |
| 063-0 SANTANDER CONSUMER USA<br>PO BOX 961245<br>FT WORTH,TX 76161- | | | 0.00 | 0.00 | Notice Only |
| 851-0 INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA,PA 19101-7346 | | | 0.00 | 0.00 | Notice Only |
| 899-0 WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS,TX 75242-0000 | | | 0.00 | 0.00 | Notice Only |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

Page 6

In RE: TANIA KAY BROWN　　　　　　　　　　　　　　　　　Case Number　13-10103-RLJ-13　　　9/16/2013

| Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|
| 900-0 TANIA KAY BROWN | | | 0.00 | 0.00 | Dbtr Refund Not Filed |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.

IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall
be retained in the Trustee's file in this case.

/s/ Walter O'Cheskey

----------------------------------------
Standing Bankruptcy Trustee