Walter O'Cheskey
Chapter 13 Trustee
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:

TANIA KAY BROWN

CASE NO: 13-10103-RLJ-13
HEARING DATE:  12/4/2013
HEARING TIME:   11:00am

## TRUSTEE'S MOTION TO DISMISS

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2010-01 and would respectively show unto to the Court as follows:

Debtor is in material default of the most recent confirmed plan or modified plan per 11 U.S.C. 1307(c). The most recent confirmed plan or modified plan required the Debtor(s) to pay $341.00 per month beginning 5/30/2013. The total amount paid to the Trustee is $1,269.00 and the total amount in arrears is $377.00 through October 2013.

Certified funds must be delivered to the following address to cure this default:

**Standing Chapter 13 Trustee**
**PO Box 94210**
**Lubbock, TX 79493**

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IMPORTANT NOTICE

A HEARING WILL BE HELD 12/4/2013 AT 11:00am AT THE FOLLOWING ADDRESS:

VIDEO:  US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

A PRE-HEARING CONFERENCE SHALL BE HELD AT THE SAME LOCATION AT 8:30am  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

TANIA KAY BROWN 710 SILAS  SWEETWATER TX 79556

SWEETWATER ISD CITY OF SWEETWATER NOLAN PERDUE BRANDON FIELDER COLLINS & MOTT PO BOX 13430 ARLINGTON TX 76094

FORREST B MCCRAY ATTORNEY FOR TEXAS NATIONAL BANK PO BOX 2777 ABILENE TX 79604


Date:     11/4/2013                                       /s/ Walter O'Cheskey
                                                          _____
                                                          Walter O'Cheskey
                                                          Chapter 13 Trustee